(C.A.D. 1191)

WALKER TRADING CORP. v. UNITED STATES, No. 76–26
(554 F. 2d 468)

United States Court of Customs and Patent Appeals, May 12, 1977 *

*David Serko, Gerald B. Horn*, (Serko & Simon) attorneys of record, for appellant. *Carla A. Hills*, Assistant Attorney General, *Barbara Allen Babcock*, Assistant Attorney General, *David M. Cohen*, Chief, Customs Section, *Alan L. Langus* for the United States.

[Oral argument on March 30, 1977 by David Serko and Gerald B. Horn for appellant and by Alan L. Langus for appellee]

Before MARKEY, *Chief Judge*, RICH, BALDWIN, and MILLER, *Associate Judges,* SCOVEL RICHARDSON, *Associate Judge*, United States Customs Court.

MILLER, Judge.

Identical issues having been disposed of in Customs Appeal No. 76–25, *Walker International Corp.* v. *United States*, decided this date, the orders of the Customs Court are *affirmed* in accordance with our opinion in that case.

(C.A.D. 1192)

ARTMARK CHICAGO LTD. v. THE UNITED STATES, No. 76–32
(558 F. 2d 600)

*Petition for Rehearing denied July 7, 1977.